IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **BILLY LOUIS BOOKER,** | 2:07-cv-02327-MCE-CMK (HC) |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR EXTENSION OF TIME** |
| v. | |
| **STATE OF CALIFORNIA BOARD OF PAROLE HEARINGS, et al.,** | |
| Respondents. | |

The Court has considered Respondent's first request for a forty-five-day extension of time to file a response to the Petition for Writ of Habeas Corpus filed by Billy Louis Booker. Good cause appearing, the request is GRANTED.

IT IS HEREBY ORDERED that Respondent shall file a response by February 27, 2008.

DATED: January 11, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE