# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY LOUIS BOOKER, | No. CIV S-07-2327-MCE-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| STATE OF CALIFORNIA BOARD OF PAROLE HEARINGS, et al., | |
| Respondents. | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner seeks the appointment of counsel (Doc. 14). There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel.

The parties are informed that they may, if all consent in writing, have this case assigned to a United States Magistrate Judge for all purposes while preserving their right to appeal any final judgment directly to the United States Court of Appeals for the Ninth Circuit or, where appropriate, to the United States Court of Appeals for the Federal Circuit. See 28 U.S.C.

§ 636(c)(1), (3); see also E.D. Cal. Local Rule 73-305(a), (c). The parties are advised that they are free to withhold consent and that doing so shall not result in any adverse substantive consequences. See § 636(c)(2). If all parties consent to magistrate judge jurisdiction, the action will be reassigned to the undersigned for all purposes, including entry of final judgment. See Local Rule 73-301 and Local Rule 73-305(b).

A review of the record reflects that petitioner has consented in writing to the exercise of full jurisdiction by a magistrate judge. (see Doc. 4). Respondent(s), however, have not made any election regarding consent to magistrate judge jurisdiction. The Clerk of the Court will be directed to provide respondent(s) with the appropriate form which respondent(s) shall then complete, indicating either consent or non-consent as respondent(s) may choose, and file with the court.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (Doc. 14) is denied;

2. The Clerk of the Court is directed to forward to respondent(s) the court's "Notice of Availability of a Magistrate Judge to Exercise Jurisdiction and Appeal Instructions" along with the accompanying consent election form; and

3. Respondent(s) shall complete and file the consent election form within 30 days of the date of this order.

DATED: May 6, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE